IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD L. BENISH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv282 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SGT. CORBIT and | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 21, the Motion to Substitute Attorney filed by the defendants. The defendants notify the court that attorney Arturo Perez has entered an appearance on their behalf. Filing no. 21 is granted.

SO ORDERED.

DATED this 9th day of December, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge