IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD L. BENISH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv282 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SGT. CORBIT and | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 29, the defendants' "Notice of Attempted Service." The defendants notify the court that mail sent to the plaintiff at the Douglas County Correctional Center ("DCCC") has been returned to defense counsel. Therefore, defense counsel is unable to locate the plaintiff and send documents to him.

However, filing no. 27 on the docket sheet of this case indicates that several weeks earlier, the Clerk of Court located the plaintiff at the Nebraska Department of Correctional Services ("DCS") Diagnostic and Evaluation Center ("D & E"). In addition, the DCS website http://www.corrections.state.ne.us indicates that the plaintiff is in the D & E. Also, had defense counsel actually contacted jail officials at the DCCC, they would likely have known that the plaintiff had been transferred to State custody. Therefore, counsel for the defendants shall forward to the plaintiff at the appropriate address all of the documents which have not yet been served upon him.

The Clerk of Court shall update the court's records.

Similarly, the plaintiff is reminded to file a notice of change of address in his case(s) whenever his address changes and he has pending litigation in this court.

SO ORDERED.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge